No. 730.   STRZEP *v.* STATE OF NEW YORK.   March 3, 1941.   Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied.   *Celestian L. Strzep, pro se.*